UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 22-07702-SVW (AS) | Date | January 19, 2023 |
|---|---|---|---|
| Title | *Gregory Darwin Carter v. United States of America, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 1, 2022, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 6). Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order. Id. at 11. Plaintiff was "explicitly warned that failure to timely file a First Amended Complaint will result in dismissal for failure to prosecute and/or failure to comply with a court order." Id. at 12.

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than February 21, 2023**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's December 1, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:   Stephen V. Wilson
      United States District Judge